```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DENNISE D. WILLETT                    RELEASE NUMBER:
    Assistant United States Attorney      32107
 3  Chief, Criminal Division
    SANDY N. LEAL
 4  Assistant United States Attorney
    California Bar Number: 207179
 5       Ronald Reagan Federal Courthouse
         411 West Fourth Street, 8th Floor
 6       Santa Ana, California 92701
         Telephone: (714) 338-3531
 7       Facsimile: (714) 338-3561
         E-mail:    Sandy.Leal@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

FILED
DEC - 8 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) SA No. 10-337M |
|---|---|
| Plaintiff, | ) AMENDED ORDER ON GOVERNMENT'S |
| | ) MOTION TO DISMISS |
| v. | ) |
| TAIWAN KU, | ) |
|   aka "Haichun Guan," | ) |
| Defendant. | ) |

<u>O R D E R</u>

Government's Motion to Dismiss the above-referenced case without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure as to defendant Taiwan Ku, also known as "Haicun Guan," is hereby granted. Defendant is ordered released on this case.

IT IS SO ORDERED.

Dated: <u>December 8, 2010</u>

MARC L. GOLDMAN
_____
UNITED STATES MAGISTRATE JUDGE